An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63573

**FILED**

OCT 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Doug Smith, Judge. No appealable order is designated in the notice of appeal. NRAP 3(c)(1)(B).[1] Accordingly, we

ORDER this appeal DISMISSED.[2]

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]We have considered the proper person documents submitted in this matter, and we conclude that no relief is warranted for the reason set forth above. NRCP 60 does not apply in the criminal proceedings pending below.

[2]The Honorable Nancy Saitta, Justice, did not participate in the decision of this matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-32079

cc: Hon. Doug Smith, District Judge
DeAnn Wiesner
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A